IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| ALONZO E. ADAMS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PHILLIP MATTHEW ADAMS,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH CAROLINA STATE UNIVERSITY, NATIONAL FOOTBALL LEAGUE, and NFL PROPERTIES, LLC,<br><br>Defendants. | CASE NO.: 5:24-CV-02734-MGL<br><br><br><br>CONSENT MOTION TO SUSPEND SCHEDULING ORDER |

      This matter was removed to this Court from the Orangeburg County Court of Common Pleas by the filing of a Notice of Removal by National Football League ("NFL") and NFL Properties, LLC ("NFLP," and with the NFL, the "NFL Defendants") on May 1, 2024 (Dkt. 1). This Court issued its Conference and Scheduling Order on May 2, 2024, setting certain deadlines. Thereafter, on May 30, 2024, the Court issued a Consent Amended Scheduling Order (Dkt. 25) and Order Regarding Briefing Schedule (Dkt. 26). Plaintiff filed a Motion to Remand on May 30, 2024. Defendants South Carolina State University and the NFL Defendants filed Motions to Dismiss on June 5, 2024. This Court issued its Order to Suspend the Scheduling Order Regarding Briefing on June 25, 2024.

      The parties have conferred, and Plaintiff, Defendants South Carolina State University and the NFL Defendants request to suspend the deadlines set forth in the Consent Amended Scheduling Order (Dkt. 25) until after the Court rules on the Motion to Remand and Motion to Dismiss.

1

Accordingly, the parties move that the Court issue an Order suspending all deadlines set forth in the Scheduling Order pending resolution of the Motion to Remand and Motion to Dismiss.

WE SO MOVE AND CONSENT

Respectfully submitted,

GEDNEY M. HOWE, III, PA

By: s/Gedney M. Howe, IV.
Gedney M. Howe, III (Bar 1971)
Gedney M. Howe, IV (Bar 13339)
Michael A. Monastra (Bar 13587)
Gedney M. Howe, III, PA
PO Box 1034
Charleston, SC  29402
P:  843-722-8048
F:  843-722-2140
E: ghowe@gedneyhowe.com
E: gedney4@gedneyhowe.com
E: mmonastra@gedneyhowe.com

and

F. Craig Wilkerson, Jr. (Bar 6343)
Forrest C. Wilkerson, III (Bar 13887)
Wilkerson, Jones & Wilkerson
1050 College Avenue Extension
Rock Hill, SC 29732
P: 803-324-7200
F: 803-324-8667
E: cwilkerson@fcwlaw.com
E: forrest@fcwlaw.com

*Attorneys for Plaintiff Alonzo E. Adams, as Personal Representative of the Estate of Phillip Matthew Adams*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/Robert H. Brunson
    Robert H. Brunson (Fed. Bar No. 4971)
    E-Mail: robert.brunson@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

    and

    Brad S. Karp
    Lynn B. Bayard
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    1285 Avenue of the Americas
    New York, New York 10019-6064
    (212) 373-3000
    bkarp@paulweiss.com
    lbayard@paulweiss.com

    Kannon K. Shanmugam
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    2001 K Street, NW
    Washington, DC 20006-1047
    (212) 373-3000
    kshanmugam@paulweiss.com

    *Attorneys for Defendants National Football League and NFL Properties LLC*

RILEY, POPE & LANEY, LLC

By: s/Peter M. Balthazor
    Peter M. Balthazor
    SC Bar No. 68244
    Riley Pope & Laney, LLC
    P.O. Box 11412
    Columbia, SC 29211
    peteb@rplfirm.com

    *Attorneys for Defendant South Carolina State University*

December 9, 2024
Charleston, South Carolina

4